1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN INDIANA CURRY,** | Case No. 2:23-cv-00791-TLN-EFB (PC) |
| Plaintiff, | **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |
| **v.** | |
| **ROLLINE, et al.,** | Judge:        The Honorable Edmund F. Brennan |
| Defendants. | Trial Date:   Not Set<br>Action Filed:  April 26, 2023 |

Good cause appearing, Defendants' First Request for Extension of Time to File a Responsive Pleading is GRANTED.  Defendants shall respond to the operative complaint on or before November 29, 2023.

Dated:  October 20, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1