1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RYAN INDIANA CURRY,                    No. 2:23-cv-00791-TLN-EFB (PC)

12                    Plaintiff,

13          v.                               ORDER

14    T. ROLLAND, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He seeks a protective order limiting defendants' access to his prison central file.

19    ECF No. 21.  Defendants oppose the motion.  ECF No. 23.

20          Federal Rule of Civil Procedure 26(c) permits a party to seek a protective order relieving

21    her of her duty to respond to a discovery request upon a showing of good cause.  "For good cause

22    to exist [under Rule 26(c)], the party seeking protection bears the burden of showing specific

23    prejudice or harm will result if no protective order is granted."  *Phillips v. GMC*, 307 F.3d 1206,

24    1210-11 (9th Cir. 2002).  "Broad allegations of harm, unsubstantiated by specific examples or

25    articulated reasoning, do not satisfy" Rule 26(c)'s "good cause" requirement.  *Beckman Indus.,*

26    *Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (quoting with approval *Cipollone v.*

27    *Liggett Group, Inc.*, 785 F.2d 1108, 1121 (3d Cir. 1986)).  District courts have broad discretion to

28    decide when a protective order is appropriate and to determine the order's scope.  *Phillips*, 307

                                               1

1    F.3d at 1211.

2           Plaintiff appears to be most troubled that defendants should have access to his disciplinary

3    records.  Defendants argue that they are statutorily entitled to access the file in its entirety and

4    refuse to agree to any limitations on access to the file, although they fail to explain how the

5    disciplinary records are relevant to the case.  Nonetheless, plaintiff has not provided the court

6    with specific examples or articulated reasoning supporting his request for a protective order.

7           Accordingly, it is ORDERED that plaintiff's motion for a protective order (ECF No. 21)

8    is DENIED without prejudice.

9

10   Dated: January 22, 2024

11                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28