UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN INDIANA CURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. ROLLIN, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-00791-TLN-EFB (PC)<br><br><br>ORDER |

　　The parties to this prisoner civil rights action have submitted a stipulation signed by plaintiff and defense counsel agreeing to the filing of an amended answer by defendants. ECF No. 32. They ask the court to approve the stipulation and to accept the amended answer. *Id.*

　　The court approves the stipulation and it is hereby ORDERED that the amended answer, appearing at Exhibit A to ECF No. 32, shall be the operative answer in this action.

Dated: March 25, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1