UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN INDIANA CURRY,<br>Plaintiff,<br>v.<br>T. ROLLAND, et al.,<br>Defendants. | No. 2:23-cv-00791-TLN-EFB<br><br>**ORDER** |

Plaintiff Ryan Indian Curry ("Plaintiff") proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2025 (ECF No. 69) are adopted in full;
2. Defendant's Motion for Summary Judgment (ECF No. 53) is GRANTED;
3. Plaintiff's Motion for Reconsideration (ECF No. 70) of the court's order denying his Motions to Compel (ECF No. 66) is DENIED; and
4. The Clerk of Court is directed to administratively terminate all pending motions and close the case.

IT IS SO ORDERED.

Date: September 25, 2025

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE